# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: I.B.B., A MINOR | : | No. 203 EAL 2016 |
| | : | |
| | : | |
| PETITION OF: F.R., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: F.I.R., JR., A MINOR | : | No. 204 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| APPEAL OF: F.R., FATHER | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: B.M.B., A MINOR | : | No. 205 EAL 2016 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: F.R., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.D.B., A MINOR | : | No. 206 EAL 2016 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: F.R., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.K.R., A MINOR | : | No. 207 EAL 2016 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: F.R., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.